■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHUN YUEN LEE, Also Known as LARRY LEE, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Kings County (G. Aronin, J.), rendered April 1, 1985, convicting him of kidnapping in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Bracken, Lawrence, Kooper and Sullivan, JJ., concur.